**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)*

Chapter you are filing under:

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**06/24**

**The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | **Antony**<br>First name<br>**M.**<br>Middle name<br>**Gironta**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br>Middle name<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** (ITIN) | **xxx-xx-8744** | |

Debtor 1 **Antony M. Gironta** Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN | EIN |
| **5. Where you live** | **16389 Bridlewood Cir.**<br>**Delray Beach, FL 33445**<br>Number, Street, City, State & ZIP Code<br><br>**Palm Beach**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1 **Antony M. Gironta** Case number *(if known)*

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

Debtor ______ Relationship to you ______
District ______ When ______ Case number, if known ______
Debtor ______ Relationship to you ______
District ______ When ______ Case number, if known ______

**11. Do you rent your residence?**

- ■ No. Go to line 12.
- ☐ Yes. Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No. Go to Part 4.

☐ Yes. Name and location of business

Name of business, if any

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

Debtor 1 **Antony M. Gironta** Case number *(if known)*

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ■ No. Go to line 16b.
- ☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

- ■ No
- ☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Antony M. Gironta**
**Antony M. Gironta**
Signature of Debtor 1

Signature of Debtor 2

Executed on **October 7, 2026**
MM / DD / YYYY

Executed on
MM / DD / YYYY

Debtor 1 **Antony M. Gironta** Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Nathan G. Mancuso** Date **October 7, 2026**
Signature of Attorney for Debtor MM / DD / YYYY

**Nathan G. Mancuso 174254**
Printed name

**Mancuso Law, P.A.**
Firm name

**7777 Glades Rd., Suite 100**
**Boca Raton, FL 33434**
Number, Street, City, State & ZIP Code

Contact phone **561-245-4705** Email address **ngm@mancuso-law.com**

**174254 FL**
Bar number & State

Certificate Number: 15725-FLS-CC-040965691

15725-FLS-CC-040965691

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 12, 2026, at 9:10 o'clock AM EDT, Antony M Gironta received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Southern District of Florida, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: May 12, 2026

By: /s/Christopher Lombell

Name: Christopher Lombell

Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Antony M. Gironta** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | | Your assets<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B | $ **5,245,000.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B | $ **1,280,194.87** |
| | 1c. Copy line 63, Total of all property on Schedule A/B | $ **6,525,194.87** |

### Part 2: Summarize Your Liabilities

| | | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ **2,162,958.00** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ **0.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | $ **147,795,582.44** |
| | **Your total liabilities** | $ **149,958,540.44** |

### Part 3: Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* | $ **50,000.00** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* | $ **51,421.97** |

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   - ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   - ■ Yes

7. **What kind of debt do you have?**
   - ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   - ■ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1 **Antony M. Gironta** Case number *(if known)*

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. $

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| **From Part 4 on *Schedule E/F*, copy the following:** | **Total claim** |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ |
| 9d. Student loans. (Copy line 6f.) | $ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ |
| 9g. **Total.** Add lines 9a through 9f. | $ |

**Fill in this information to identify your case and this filing:**

Debtor 1: **Antony M. Gironta**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1

**16389 Bridlewood Cir.**
Street address, if available, or other description

**Delray Beach** **FL** **33445-0000**
City State ZIP Code

**Palm Beach**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$5,245,000.00** | **$5,245,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**fee simple**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**single-family residential home (Foxe Chase community)**
**unincorporated Palm Beach County**
**6BR/6.5BA; 5,638 UA SF; 1.1 acre**
**homestead/TBE**
**Zillow valuation**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>** **$5,245,000.00**

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1 **Antony M. Gironta** Case number *(if known)*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

3.1 Make: **RAM**
Model: **1500 crew cab pickup truck**
Year: **2025**
Approximate mileage: **18,000**
Other information:
**VIN: 1C6SRFFP6SN703761**
**good condition**
**kbb/edmunds**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$32,000.00** | **$32,000.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5 **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................................=>** **$32,000.00**

**Part 3:** **Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?** — **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| Description | Value |
|---|---|
| **jointly-owned TBE household property - see attached inventory (covers items ## 6-9) values stated in inventory reduced by 50% to reflect est. liquidation values** | **$4,865.00** |

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

| Description | Value |
|---|---|
| **Apple iPhone 17** | **$100.00** |
| **Apple laptop computer & 3 older MS laptop computers** | **$300.00** |

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes. Describe.....

Debtor 1 **Antony M. Gironta** Case number *(if known)*

9. **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
■ Yes. Describe.....

| | |
|---|---|
| **tonal gym** | **$300.00** |
| **stationary bicycle** | **$100.00** |

10. **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
■ Yes. Describe.....

| | |
|---|---|
| **4 pistols (Glock 43 9mm, Bodyguard 380 compact, XD9 Mod.2 9mm, Glock 17 9mm)<br>AR-15 rifle (LWRC M6IC)** | **$1,000.00** |

11. **Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
■ Yes. Describe.....

| | |
|---|---|
| **clothes & shoes** | **$100.00** |

12. **Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
■ Yes. Describe.....

| | |
|---|---|
| **Apple watch, 5 older Tsarbomba watches** | **$1,000.00** |

13. **Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☐ No
■ Yes. Describe.....

| | |
|---|---|
| **3 pet dogs** | **Unknown** |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

■ No
☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .............................................................................** **$7,765.00**

**Part 4:** **Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

Debtor 1 **Antony M. Gironta** Case number *(if known)*

■ Yes.......................................................................................................

| | |
|---|---|
| **cash** | **$40.00** |

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes........................ Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **cryptocurrency** | **Coinbase cryptocurrency account (B617)** | **$1,294.01** |

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes................. Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
■ Yes. Give specific information about them..................

| Name of entity: | % of ownership: | |
|---|---|---|
| **AGIR Electrical Ltd. dba Pinnacle Electric (NY company) electrical contractor operating in NY Debtor is president & 100% owner sole asset is bank account (negative petition date balance)** | **100** % | **$0.00** |
| **Anthony M Gironta Consulting Inc. (NY company) electrical service consulting company Debtor is president & 100% owner sole asset is bank account (petition date balance = $16.81)** | **100** % | **$16.81** |
| **Pinnacle Too LLC (NY company) Debtor is 50% member & manager RE holding company for NYC building where Pinnacle Electric operates (130-45 91st Ave., Richmond Hill, NY 11418); est. net equity in building (which is subject to mortgage) is $1.3 million** | **50** % | **$650,000.00** |
| **Debtor may have equity interests in certain companies that are still technically "open" - and will be disclosed on SOFA # 27 if and as applicable - but are dormant and have no assets or value; Debtor reserves the right to amend this schedule to include any such business interests if necessary.** | % | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No

☐ Yes. Give specific information about them
Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No
☐ Yes. List each account separately.
Type of account: Institution name:

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. ..................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes............ Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes............ Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☐ No
■ Yes. Give specific information about them...

| | |
|---|---|
| **Antony Gironta Living Trust**<br>**Debtor is grantor & trustee; Debtor's wife & children are beneficiaries**<br>**revocable trust owns 100% membership interest in Gironta Holdings LLC, which owns 50% general partnership interest in Gironta Family LLLP** | **Unknown** |
| **Gironta Family Investment Trust**<br>**Debtor is grantor; Debtor's wife is trustee; Debtor's children are beneficiaries**<br>**irrevocable trust owns 50% limited partnership interest in Gironta Family LLLP** | **Unknown** |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☐ No
■ Yes. Give specific information about them...

| | |
|---|---|
| **NYC electrician license** | **$0.00** |

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

Debtor 1 **Antony M. Gironta** Case number *(if known)*

28. **Tax refunds owed to you**
- ■ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ■ No
- ☐ Yes. Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ☐ No
- ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **American General Insurance Co. 25-year term life insurance policy (9878); no cash surrender value; death benefit = $7.5 million Debtor is insured** | **Melissa Bloomer (Debtor's wife)** | **$0.00** |
| **Nationwide Life Insurance Co. flexible premium adjustable variable life insurance policy (0710) contract face value = $500,000; cash surrender value = $589,079.05 Debtor is insured** | **Antony Gironta Living Trust** | **$589,079.05** |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ■ No
- ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ■ No
- ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ■ No
- ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
- ■ No
- ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here........................................................................................................** **$1,240,429.87**

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes. Go to line 38.

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes. Go to line 47.

**Part 7:** **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................... **$0.00**

**Part 8:** **List the Totals of Each Part of this Form**

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ........ | | | **$5,245,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$32,000.00** | | |
| 57. | **Part 3: Total personal and household items, line 15** | **$7,765.00** | | |
| 58. | **Part 4: Total financial assets, line 36** | **$1,240,429.87** | | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$1,280,194.87** | Copy personal property total | **$1,280,194.87** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | **$6,525,194.87** |

# Debtor's Worksheet for Personal Property

*Please indicate how many of each item you own, and their values. Note if any asset is owned by only husband or wife, or by another person (as opposed to having been acquired jointly by husband and wife)*

## 1. Living Room

| Qty | Item | Value |
|---|---|---|
| 2 | Sofa | $300 |
| | Armchair | $ |
| | Loveseat | $ |
| 1 | Cocktail Table | $300 |
| | End Table | $ |
| | Picture | $ |
| 1 | Lamp | $20 |
| | Credenza | $ |
| | Bookcase | $ |
| | Desk | $ |
| | Wall Unit | $ |
| | Bar | $ |
| 1 | Piano | $2,000 |
| | Organ | $ |
| | Drapes | $ |
| | Recliner | $ |
| | Painting | $ |
| | Plant | $ |
| 1 | Area Rug | $20 |
| | | $ |
| | | $ |
| | | $ |
| | Room Total | $ |

## 2. Dining Room

| Qty | Item | Value |
|---|---|---|
| 1 | Dining Table | $300 |
| 5 | Dining Chair | $150 |
| | Etagere | $ |
| | Buffet | $ |
| | China Cabinet | $ |
| | Picture | $ |
| | Plant | $ |
| 1 | Armoire | $250 |
| | Area Rug | $ |
| | | $ |
| | | $ |
| | | $ |
| | Room Total | $ |

## 3. Kitchen

| Qty | Item | Value |
|---|---|---|
| | Dinette Table/Chairs | $ |
| | Kitchen Clock | $ |
| | Microwave Oven | $ |
| 1 | Toaster Oven | $20 |
| 1 | TV (size 42") | $50 |
| | Crystal pieces | $ |
| | Sterling silver pieces | $ |
| 1 | Dishes, Pots/pans, flatware, etc. | $100 |
| | | $ |
| | | $ |
| | | $ |
| | Room Total | $ |

## 4. Family Room

| Qty | Item | Value |
|---|---|---|
| | Sofa Bed | $ |
| 1 | Sofa | $500 |
| | Loveseat | $ |
| | Coffee Table | $ |
| | Cocktail Table | $ |
| | Other Table | $ |
| | Recliner | $ |
| | Chair | $ |
| | Desk | $ |
| | Lamp | $ |
| | Bookcase/Etagere | $ |
| | Entertainment Center | $ |
| 1 | TV (size 98") | $600 |
| | VCR | $ |
| | CD Player/Stereo | $ |
| 1 | Painting | $400 |
| | Plant | $ |
| | Telephone | $ |
| | Answering Machine | $ |
| 1 | Area Rug | $50 |
| | | $ |
| | | $ |
| | Room Total | $ |

## 5. Patio or Pool Area

| Qty | Item | Value |
|---|---|---|
| 5 | Patio Table | $500 |
| 2 | Lounge Chair | $50 |
| 2 | Patio Chair | $150 |
| 2 | Umbrella | $100 |
| 1 | Grill | $200 |
| 1 | COUCH | $200 |
| | | $ |
| | | $ |
| | Patio or Pool Area Total | $ |

## 6. Master Bedroom

| Qty | Item | Value |
|---|---|---|
| 1 | Mattress and/or Box Frame | $200 |
| | Waterbed | $ |
| 1 | Headboard | $200 |
| 1 | Dresser/Bureau | $100 |
| | Night Table | $ |
| | Other Table | $ |
| | Lamp | $ |
| | Vanity | $ |
| 1 | Chair | $90 |
| 1 | Ottoman or Footstool | $20 |
| 1 | Mirror | $50 |
| 1 | Picture | $50 |
| | Chest | $ |
| 1 | TV (size 80") | $200 |
| | VCR | $ |
| 1 | Bedspread/pillow set | $100 |
| 1 | Area rug | $50 |
| | | $ |
| | | $ |
| | Room Total | $ |

## 7. Bedroom #2 ( )

| Qty | Item | Value |
|---|---|---|
| 1 | Mattress and/or Box Frame | $50 |
| | Waterbed | $ |
| | Headboard | $ |
| 1 | Dresser/Bureau | $50 |
| | Night Table | $ |
| | Other Table | $ |
| | Lamp | $ |
| | Vanity | $ |
| 1 | Chair | $20 |
| | Ottoman or Footstool | $ |
| 1 | Mirror | $20 |
| | Picture | $ |
| | Chest | $ |
| 1 | TV (size 40") | $50 |
| | VCR | $ |
| | Bedspread/pillow set | $ |
| 1 | Area rug | $50 |
| | | $ |
| | | $ |
| | Bedroom #2 Total | $ |

8. Bedroom #3 ( )

| Qty | Item | Value |
|---|---|---|
| 1 | Mattress and/or Box Frame | $ 50 |
| | Waterbed | $ |
| 1 | Headboard | $ 20 |
| | Dresser/Bureau | $ |
| 1 | Night Table | $ 30 |
| | Other Table | $ |
| | Lamp | $ |
| | Vanity | $ |
| 1 | Chair | $ 20 |
| | Ottoman or Footstool | $ |
| | Mirror | $ |
| 1 | Picture | $ 20 |
| | Chest | $ |
| 1 | TV (size 40") | $ 50 |
| | VCR | $ |
| | Bedspread/pillow set | $ |
| | Area rug | $ |
| | | $ |
| | | $ |

Bedroom #3 Total $

9. Bedroom #4 ( )

| Qty | Item | Value |
|---|---|---|
| 1 | Mattress and/or Box Frame | $ 50 |
| | Waterbed | $ |
| 1 | Headboard | $ 20 |
| 2 | Dresser/Bureau | $ 100 |
| 2 | Night Table | $ 50 |
| | Other Table | $ |
| 2 | Lamp | $ 20 |
| | Vanity | $ |
| | Chair | $ |
| | Ottoman or Footstool | $ |
| | Mirror | $ |
| | Picture | $ |
| | Chest | $ |
| 1 | TV (size 40") | $ 50 |
| | VCR | $ |
| | Bedspread/pillow set | $ |
| | Area rug | $ |
| | | $ |
| | | $ |

Bedroom #4 Total $

10. Bedroom #5 ( )

| Qty | Item | Value |
|---|---|---|
| 1 | Mattress and/or Box Frame | $ 50 |
| | Waterbed | $ |
| 1 | Headboard | $ 20 |
| | Dresser/Bureau | $ |
| 2 | Night Table | $ 50 |
| | Other Table | $ |
| 2 | Lamp | $ 20 |
| | Vanity | $ |
| | Chair | $ |
| | Ottoman or Footstool | $ |
| | Mirror | $ |
| | Picture | $ |
| | Chest | $ |
| 1 | TV (size 42") | $ 50 |
| | VCR | $ |
| | Bedspread/pillow set | $ |
| | Area rug | $ |
| | | $ |
| | | $ |

Bedroom #5 Total $

11. Items Not Otherwise Listed

| Qty | Item | Value |
|---|---|---|
| 1 | Washer | $ 50 |
| 1 | Dryer | $ 50 |
| | Freezer | $ |
| | Compactor | $ |
| 6 | TV (size 42") | $ 300 |
| | VCR or DVD player | $ |
| 1 | Video game system | $ 50 |
| | Videotapes | $ |
| | CDs, cassette tapes | $ |
| 10 | Books | $ 20 |
| 1 | Vacuum cleaner | $ 20 |
| 4 | Computer | $ 100 |
| | Computer peripherals | $ |
| 2 | Printer/Scanner | $ 300 |
| | Photocopier | $ |
| | Fax machine | $ |
| | Typewriter | $ |
| | Telephone | $ |
| 1 | Cell phone | $ 600 |
| | Filing cabinet | $ |
| | Safe or lockbox | $ |
| | Baby furniture, toys, playpen, etc. | $ |
| | Sewing machine | $ |
| 6 | Bicycle | $ 50 |
| 1 | Exercise equipment | $ 100 |
| | Other sporting equip. | $ |
| 8 | Luggage | $ 50 |
| | Hand tools | $ |
| 2 | Power tools | $ 50 |
| | Tool cabinet | $ |
| | Antiques (specify types: ) | $ |
| | ) | $ |
| | Collectibles (specify types: ) | $ |
| | ) | $ |
| | Sculpture/Other Art | $ |
| | Musical instruments | $ |
| | Lawn mower | $ |
| | Garden equipment | $ |
| 1 | Storage facility contents | $ 100 |
| | POTS PANS Old | $ |
| | | $ |
| | | $ |

Other Items Total $

Signature of Debtor Date

Signature of Co-Debtor Date

B015

**Fill in this information to identify your case:**

Debtor 1: **Antony M. Gironta**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing): 
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known): 

☐ Check if this is an amended filing

# Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **16389 Bridlewood Cir. Delray Beach, FL 33445 Palm Beach County single-family residential home (Foxe Chase community) unincorporated Palm Beach County 6BR/6.5BA; 5,638 UA SF; 1.1 acre homestead/TBE Zillow valuation**<br>Line from *Schedule A/B*: **1.1** | **$5,245,000.00** | ■ **100%**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art. X, § 4(a)(1); Fla Stat Ann Secs. 222.01 & 222.02** |
| **16389 Bridlewood Cir. Delray Beach, FL 33445 Palm Beach County single-family residential home (Foxe Chase community) unincorporated Palm Beach County 6BR/6.5BA; 5,638 UA SF; 1.1 acre homestead/TBE Zillow valuation**<br>Line from *Schedule A/B*: **1.1** | **$5,245,000.00** | ■ **100%**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **2025 RAM 1500 crew cab pickup truck 18,000 miles VIN: 1C6SRFFP6SN703761 good condition kbb/edmunds**<br>Line from *Schedule A/B*: **3.1** | **$32,000.00** | ■ **Unknown**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(1)** |

Debtor 1 **Antony M. Gironta** Case number (if known)

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own** Copy the value from *Schedule A/B* | **Amount of the exemption you claim** *Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| **jointly-owned TBE household property - see attached inventory (covers items ## 6-9) values stated in inventory reduced by 50% to reflect est. liquidation values** Line from *Schedule A/B*: **6.1** | **$4,865.00** | ■ **100%** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **tonal gym** Line from *Schedule A/B*: **9.1** | **$300.00** | ■ **100%** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **stationary bicycle** Line from *Schedule A/B*: **9.2** | **$100.00** | ■ **100%** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **4 pistols (Glock 43 9mm, Bodyguard 380 compact, XD9 Mod.2 9mm, Glock 17 9mm) AR-15 rifle (LWRC M6IC)** Line from *Schedule A/B*: **10.1** | **$1,000.00** | ■ **$1,000.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art. X, § 4(a)(2)** |
| **3 pet dogs** Line from *Schedule A/B*: **13.1** | **Unknown** | ■ **100%** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **American General Insurance Co. 25-year term life insurance policy (9878); no cash surrender value; death benefit = $7.5 million Debtor is insured Beneficiary: Melissa Bloomer (Debtor's wife)** Line from *Schedule A/B*: **31.1** | **$0.00** | ■ **100%** ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.14** |
| **Nationwide Life Insurance Co. flexible premium adjustable variable life insurance policy (0710) contract face value = $500,000; cash surrender value = $589,079.05 Debtor is insured Beneficiary: Antony Gironta Living Trust** Line from *Schedule A/B*: **31.2** | **$589,079.05** | ■ **100%** ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.14** |

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

☐ No

■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

- ■ No
- ☐ Yes

**Fill in this information to identify your case:**

Debtor 1: **Antony M. Gironta**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known):

☐ Check if this is an amended filing

# Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| 2.1 **Santander Consumer USA** — Describe the property that secures the claim: **2025 RAM 1500 crew cab pickup truck** | **$33,301.00** | **$32,000.00** | **$1,301.00** |

Creditor's Name: **Santander Consumer USA**

**Attn: Bankruptcy**
**PO Box 961211**
**Fort Worth, TX 76161**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** **2025 RAM 1500 crew cab pickup truck**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** 06/25

**Last 4 digits of account number** 1000

Debtor 1 **Antony M. Gironta** Case number (if known)
First Name Middle Name Last Name

| | | | | |
|---|---|---|---|---|
| 2.2 | **Select Portfolio Servicing, Inc.** | Describe the property that secures the claim: | **$2,129,657.00** | **$5,245,000.00** | **$0.00** |

Creditor's Name

**Attn: Bankruptcy**
**PO Box 65250**
**Salt Lake City, UT 84165**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Describe the property that secures the claim:**
**16389 Bridlewood Cir. Delray Beach, FL 33445**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Date debt was incurred** 03/22 **Last 4 digits of account number** 1043

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$2,162,958.00** |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | **$2,162,958.00** |

## Part 2: List Others to Be Notified for a Debt That You Already Listed

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

[ ] Name, Number, Street, City, State & Zip Code
**Chrysler Capital**
**Attn: Bankruptcy Dept.**
**PO Box 961278**
**Fort Worth, TX 76161-1278**

On which line in Part 1 did you enter the creditor? 2.1

Last 4 digits of account number 1000

**Fill in this information to identify your case:**

Debtor 1: **Antony M. Gironta**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known):

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

■ No. Go to Part 2.

☐ Yes.

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

4.1 **Aerotek, Inc.**
Nonpriority Creditor's Name
**7301 Parkway Dr. S.**
**Hanover, MD 21076**
Number Street City State Zip Code

**Last 4 digits of account number**

**$1,562,162.52**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **final judgment**

Debtor 1 **Antony M. Gironta** Case number (if known)

4.2 **AFCO Credit Corp.**
Nonpriority Creditor's Name
**c/o Womble Bond Dickinson (US) LLP**
**Attn: Joel L. Perrell Jr., Esq.**
**100 Light St., 26th Floor**
**Baltimore, MD 21202**
Number Street City State Zip Code

**Last 4 digits of account number** **3402** — **$165,937.64**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **potential personal liability on commercial insurance premium finance agreement for AGIR Electrical Ltd.**

---

4.3 **Ally Financial, Inc**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 380901**
**Bloomington, IL 55438**
Number Street City State Zip Code

**Last 4 digits of account number** **5775** — **Unknown**

**When was the debt incurred?** **06/22 - 02/25**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **lease**

---

4.4 **Amex**
Nonpriority Creditor's Name
**Correspondence/Bankruptcy**
**PO Box 981535**
**El Paso, TX 79998**
Number Street City State Zip Code

**Last 4 digits of account number** **1333** — **$21,506.00**

**When was the debt incurred?** **01/94 - 05/26**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **personal credit card**

Debtor 1 **Antony M. Gironta** Case number (if known)

**4.5**

**Amex**
Nonpriority Creditor's Name
**Correspondence/Bankruptcy**
**PO Box 981540**
**El Paso, TX 79998**
Number Street City State Zip Code

**Last 4 digits of account number** **2343** **$169,747.00**

**When was the debt incurred?** **05/21 - 06/26**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **business credit card**

---

**4.6**

**Amex**
Nonpriority Creditor's Name
**Correspondence/Bankruptcy**
**PO Box 981535**
**El Paso, TX 79998**
Number Street City State Zip Code

**Last 4 digits of account number** **7913** **$37,562.00**

**When was the debt incurred?** **01/19 -06/26**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **business credit card**

---

**4.7**

**Amex**
Nonpriority Creditor's Name
**Correspondence/Bankruptcy**
**PO Box 981540**
**El Paso, TX 79998**
Number Street City State Zip Code

**Last 4 digits of account number** **$48,595.57**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **business credit card**

---

Debtor 1 **Antony M. Gironta** Case number (if known)

4.8 **ARS**
Nonpriority Creditor's Name
**20 Heritage Pl. S.**
**Nesconset, NY 11767**
Number Street City State Zip Code

Last 4 digits of account number

**$11,000.00**

When was the debt incurred?

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **pending litigation claim**

---

4.9 **Bank of Hope**
Nonpriority Creditor's Name
**3200 Wilshire Blvd., Ste. 1400**
**Los Angeles, CA 90010**
Number Street City State Zip Code

Last 4 digits of account number

**$14,881,826.40**

When was the debt incurred? **6/20/25**

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **final judgment**

---

4.10 **BeharBehar**
Nonpriority Creditor's Name
**490 Sawgrass Corporate Pkwy., Ste. 300**
**Fort Lauderdale, FL 33325**
Number Street City State Zip Code

Last 4 digits of account number

**$38,577.00**

When was the debt incurred?

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **legal services**

Debtor 1 **Antony M. Gironta** Case number (if known)

**4.1 1**

**Benfield Control Systems Inc.**
Nonpriority Creditor's Name
**25 Lafayette Ave.**
**White Plains, NY 10603**
Number Street City State Zip Code

**Last 4 digits of account number**

**$7,000,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **potential personal liability for business trade debt**

**4.1 2**

**Benfield Electric Supply Co. Inc.**
Nonpriority Creditor's Name
**240 Washington St.**
**Mount Vernon, NY 10553**
Number Street City State Zip Code

**Last 4 digits of account number**

**$7,000,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **potential personal liability for business trade debt**

**4.1 3**

**Bridge House LIC, LLC**
Nonpriority Creditor's Name
**c/o Cornicello Tendler**
**Attn: Jessica L. Lalehzar, Esq.**
**29 Broadway, 25th Floor**
**New York, NY 10006**
Number Street City State Zip Code

**Last 4 digits of account number**

**$313,542.62**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **pending litigation**

Debtor 1 **Antony M. Gironta** Case number (if known)

**4.14** **C&M General Contracting, Inc.**
Nonpriority Creditor's Name
**1011 6th Ave., 3rd Fl.**
**New York, NY 10018**
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**

**$100,000.00**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **potential personal liability for business debt**

---

**4.15** **Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**Last 4 digits of account number** **7588**
**When was the debt incurred?** **10/23 - 01/25**

**$67,502.00**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **business credit card**

---

**4.16** **Capital One, N.A.**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**Last 4 digits of account number** **0523**
**When was the debt incurred?** **05/24 - 04/25**

**$34,352.00**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **business credit card**

---

Debtor 1 **Antony M. Gironta** Case number (if known)

4.17

**Carrington Mortgage Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**1600 South Douglass Rd., Stes. 110 & 200**
**Anaheim, CA 92806**
Number Street City State Zip Code

Last 4 digits of account number **1514** — **Unknown**

When was the debt incurred? **02/15**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **real estate mortgage (paid off via refinancing but still appears on credit report)**

---

4.18

**Chase Card Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 15299**
**Wilmington, DE 19850**
Number Street City State Zip Code

Last 4 digits of account number **8556** — **$29,029.00**

When was the debt incurred? **05/24 - 01/26**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **charge account**

---

4.19

**Colony Hardware**
Nonpriority Creditor's Name
**269 S. Lambert Rd.**
**Orange, CT 06477**
Number Street City State Zip Code

Last 4 digits of account number — **$100,000.00**

When was the debt incurred?

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **potential personal liability for business debt**

Debtor 1 **Antony M. Gironta** Case number (if known)

4.20 **Constrafor, Inc.**
Nonpriority Creditor's Name
**30 Wall St.**
**New York, NY 10005**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** **$25,000,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **potential personal liability for business loan; pending litigation**

4.21 **Cooper Electric Supply, LLC**
Nonpriority Creditor's Name
**315 Cranbury Half Acre Rd.**
**Cranbury, NJ 08512**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** **$2,600,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **final judgment**

4.22 **Crewforce, LLC**
Nonpriority Creditor's Name
**307 7th Ave., Ste. 1403**
**New York, NY 10001**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** **$300,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **potential personal liability for business trade debt; pending litigation**

Debtor 1 **Antony M. Gironta** Case number (if known)

**4.23**

**De Lage Landen**
Nonpriority Creditor's Name
**1111 Old Eagle School Rd.**
**Wayne, PA 19087**
Number Street City State Zip Code

**Last 4 digits of account number** — **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **potential personal liability for business debt (copier lease)**

---

**4.24**

**Dexlon Charles**
Nonpriority Creditor's Name
**c/o Lee Litigation Group, PLLC**
**Attn: C.K. Lee, Esq.**
**148 West 24th St., 8th Fl.**
**New York, NY 10011**
Number Street City State Zip Code

**Last 4 digits of account number** — **$860,000.00**

**When was the debt incurred?** **1/15/26**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **class action settlement agreement**

---

**4.25**

**Endurance Assurance Corp.**
Nonpriority Creditor's Name
**4 Manhattanville Rd.**
**Purchase, NY 10577**
Number Street City State Zip Code

**Last 4 digits of account number** — **$335,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **potential personal liability on AGIR Electrical Ltd. surety bond**

---

Debtor 1 **Antony M. Gironta** Case number (if known)

4.26

**Euler Hermes North American Ins. Co.**
Nonpriority Creditor's Name
**One Penn Plaza, Ste. 3325**
**New York, NY 10119**
Number Street City State Zip Code

**Last 4 digits of account number**

**$4,000,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **potential personal liability under idemnity agreement on business surety bond**

4.27

**First Choice Office Cleaning**
Nonpriority Creditor's Name
**60-12 62nd Ave.**
**Maspeth, NY 11378**
Number Street City State Zip Code

**Last 4 digits of account number**

**$17,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **potential personal liability for business debt**

4.28

**Flagstar Bank**
Nonpriority Creditor's Name
**100 Duffy Ave.**
**Hicksville, NY 11801**
Number Street City State Zip Code

**Last 4 digits of account number**

**$2,000,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **potential personal liability for business loan**

Debtor 1 **Antony M. Gironta** Case number (if known)

4.29

**Ford Motor Credit Co.**
Nonpriority Creditor's Name
**c/o Rubin & Rothman, LLC**
**1787 Veterans Hwy., Ste. 32**
**Islandia, NY 11749**
Number Street City State Zip Code

**Last 4 digits of account number**

**$200,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **potential personal liability for business debt (truck leases)**

---

4.30

**G&G Electric Supply Co., Inc.**
Nonpriority Creditor's Name
**c/o Law Firm of Elias C. Schwartz, PLLC**
**Attn: Nicholas Tantone, Esq.**
**343 Great Neck Rd.**
**Great Neck, NY 11021**
Number Street City State Zip Code

**Last 4 digits of account number**

**$548,650.60**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **pending litigation**

Debtor 1 **Antony M. Gironta** Case number (if known)

4.3 1 **Great Midwest Insurance Co.**
Nonpriority Creditor's Name
**c/o Skyward Specialty Insurance Group**
**Attn: Leonard Geraci, Esq.**
**800 Gessner Rd., Ste. 600**
**Houston, TX 77025**
Number Street City State Zip Code

**Last 4 digits of account number** **4182** **$2,757,443.00**

**When was the debt incurred?** **11/2024**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **potential personal liability under business surety bonds; pending litigation**

4.3 2 **Horseshoe RE LLC**
Nonpriority Creditor's Name
**195 W. Pine Ave.**
**Longwood, FL 32750**
Number Street City State Zip Code

**Last 4 digits of account number** **$4,250,000.00**

**When was the debt incurred?** **10/12/23**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **personal guaranty of mortgage loan (Ferro Di Cavallo LLC)**

Debtor 1 **Antony M. Gironta** Case number (if known)

**4.33**

**Indian Harbor Insurance Co.** — Last 4 digits of account number — **$32,253,287.00**

Nonpriority Creditor's Name

**White Parhas LLC**
**Attn: Dimitrios A. Parhas, Esq.**
**2100 Manchester Rd., Ste. 1730**
**Wheaton, IL 60187**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **potential personal liability for insurance subrogation claim against. Agir Electrical, Ltd.**

---

**4.34**

**Isuzu Finance** — Last 4 digits of account number — **$350,000.00**

Nonpriority Creditor's Name

**7865 Solutton Center**
**Chicago, IL 60677**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **potential personal liability for business debt**

---

**4.35**

**Kubota USA** — Last 4 digits of account number — **$40,000.00**

Nonpriority Creditor's Name

**1000 Kubota Dr.**
**Grapevine, TX 76051**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **potential personal liability for business debt**

---

Debtor 1 **Antony M. Gironta** Case number (if known)

4.36 **LEAF Commercial Capital, Inc.**
Nonpriority Creditor's Name
**2005 Market St.**
**Philadelphia, PA 19103**
Number Street City State Zip Code

Last 4 digits of account number **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **potential personal liability for business debt (copier lease)**

---

4.37 **Leeding Builders Group LLC**
Nonpriority Creditor's Name
**2 Park Ave., Ste. 1502**
**New York, NY 10016**
Number Street City State Zip Code

Last 4 digits of account number **$15,000,000.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **pending litigation**

---

4.38 **Libertas Funding, LLC**
Nonpriority Creditor's Name
**411 W. Putnam Ave., Ste. 220**
**Greenwich, CT 06830**
Number Street City State Zip Code

Last 4 digits of account number **$3,033,179.39**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **pending litigation**

Debtor 1 **Antony M. Gironta** Case number (if known)

**4.39** **Louis Shiffman Electric**
Nonpriority Creditor's Name
**542 Wortman Ave.**
**Brooklyn, NY 11208**
Number Street City State Zip Code

**Last 4 digits of account number**

**$1,000,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **potential personal liability for business debt**

---

**4.40** **Mimish Inc.**
Nonpriority Creditor's Name
**c/o Law Office of Alexander Paykin, P.C.**
**Attn: Lorenzo Rovini, Esq.**
**99 Tulip Ave., Ste. 408**
**Floral Park, NY 11011**
Number Street City State Zip Code

**Last 4 digits of account number**

**$423,000.00**

**When was the debt incurred?** **5/7/25**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **pending litigation**

---

**4.41** **Montana Datacom Inc.**
Nonpriority Creditor's Name
**9-03 44th Rd., Ste. 203**
**Long Island City, NY 11101**
Number Street City State Zip Code

**Last 4 digits of account number**

**Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **pending litigation on third-party claims against Debtor**

Debtor 1 **Antony M. Gironta** Case number (if known)

4.42 **Natural Wireless** — **Last 4 digits of account number** — **$15,000.00**

Nonpriority Creditor's Name
**1412 Broadway, 21st Fl.**
**New York, NY 10018**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **potential personal liability for business debt**

4.43 **Oracle** — **Last 4 digits of account number** — **$1,000,000.00**

Nonpriority Creditor's Name
**2800 S. Price Rd.**
**Chandler, AZ 85286**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **potential personal liability for business debt (equipment lease)**

4.44 **PEAC Solutions** — **Last 4 digits of account number** — **Unknown**

Nonpriority Creditor's Name
**300 Fellowship Rd.**
**Mount Laurel, NJ 08054**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **potential personal liability for business debt (copier lease)**

Debtor 1 **Antony M. Gironta** Case number (if known)

4.45 **Portfolio Recovery Associates, LLC**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**120 Corporate Blvd.**
**Norfolk, VA 23502**
Number Street City State Zip Code

**Last 4 digits of account number** **6405** **$34,984.00**

**When was the debt incurred?** **10/25 - 04/25**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **business credit card**

---

4.46 **Radius Bank**
Nonpriority Creditor's Name
**One Harbor St., Ste. 201**
**Boston, MA 02210**
Number Street City State Zip Code

**Last 4 digits of account number** **$432,000.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **potential personal liability for business debt**

---

4.47 **Sheraden Lighting & Electrical**
Nonpriority Creditor's Name
**15 Storer Ave., Unit B**
**Staten Island, NY 10309**
Number Street City State Zip Code

**Last 4 digits of account number** **$3,300,000.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **potential personal liability for business debt**

---

Debtor 1 **Antony M. Gironta** Case number (if known)

4.48 **Star & Son Electrical Supply Co, Inc.**
Nonpriority Creditor's Name
**719 Hempstead Tpke.**
**Franklin Square, NY 11010**
Number Street City State Zip Code

Last 4 digits of account number

**$4,000,000.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **potential personal liability for business debt**

---

4.49 **Steiner Building NYC, LLC**
Nonpriority Creditor's Name
**c/o Guazzo & Guazzo**
**Attn: Delia M. Guazzo, Esq.**
**750 Third Ave., 16th Floor**
**New York, NY 10017**
Number Street City State Zip Code

Last 4 digits of account number

**$500,000.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **potential personal liability as third-party defendant in pending litigation vs. Montana Datacom, Inc.**

4.50

**Stubo Inc.**
Nonpriority Creditor's Name
**c/o Sitaris & Asscoiates, PLLC**
**Attn: Almerinda Centore-Sitaris, Esq.**
**200 Liberty St., 27th Fl.**
**New York, NY 10281**
Number Street City State Zip Code

**Last 4 digits of account number**

**$350,000.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **potential personal liability for mechanic's lien foreclosure action**

---

4.51

**Sunbelt Rentals**
Nonpriority Creditor's Name
**2341 Deerfield Dr.**
**Fort Mill, SC 29715**
Number Street City State Zip Code

**Last 4 digits of account number**

**$552,000.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **potential personal liability for business debt**

---

4.52

**Superb Capital, LLC**
Nonpriority Creditor's Name
**c/o The Faskowitz Law Firm PLLC**
**Attn: Avi Faskowitz, Esq.**
**6143 186th St.**
**Fresh Meadows, NY 11365**
Number Street City State Zip Code

**Last 4 digits of account number**

**$9,501,854.70**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **pending litigation**

---

Debtor 1 **Antony M. Gironta** Case number (if known)

**4.53 TF Cornerstone**
Nonpriority Creditor's Name
**387 Park Ave. S., 7th Fl.**
**New York, NY 10016**
Number Street City State Zip Code

**Last 4 digits of account number**
**$350,000.00**
**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **potential personal liability for business debt**

---

**4.54 The Home Depot, Inc.**
Nonpriority Creditor's Name
**2455 Paces Ferry Rd. SE**
**Atlanta, GA 30339**
Number Street City State Zip Code

**Last 4 digits of account number**
**$20,000.00**
**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **potential personal liability for business debt**

---

**4.55 U.S. Small Business Administration**
Nonpriority Creditor's Name
**Processing & Disbursement Ctr.**
**14925 Kingsport Rd.**
**Fort Worth, TX 76155**
Number Street City State Zip Code

**Last 4 digits of account number** **9103**
**$500,000.00**
**When was the debt incurred?** **04/22**

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **personal guaranty of SBA loan for AGIR Electrical, Ltd.**

---

Debtor 1 **Antony M. Gironta** Case number (if known)

---

4.56 **Unibank for Savings** — **$490,844.00**

Nonpriority Creditor's Name
**49 Church St.**
**Whitinsville, MA 01588**
Number Street City State Zip Code

**Last 4 digits of account number** 4665
**When was the debt incurred?** 07/21

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **preferred ship mortgage deficiency for short sale of boat owned by Optimus Prime, LLC**

---

4.57 **United Rentals (N.A.), Inc.** — **$130,000.00**

Nonpriority Creditor's Name
**c/o Cohen & Cohen Law**
**Attn: Jaazaniah Ashahguii, Esq.**
**540 E. 180th St., Ste. 203**
**Bronx, NY 10457**
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **pending litigation**

---

4.58 **Verizon Wireless** — **$20,000.00**

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 3397**
**Bloomington, IL 61702**
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **potential personal liability for business debt**

---

Debtor 1 **Antony M. Gironta** Case number (if known)

4.59 **Wells Fargo Bank** — Last 4 digits of account number — **$50,000.00**
Nonpriority Creditor's Name
**801 Walnut St.**
**Des Moines, IA 50309**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **potential personal liability for business forklift leases or financing**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

## Part 3: List Others to Be Notified About a Debt That You Already Listed

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address
**AFCO Credit Corp.**
**150 North Field Dr., Ste. 190**
**Lake Forest, IL 60045**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (*Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Allianz Trade**
**One Penn Plaza, Ste. 3325**
**New York, NY 10019**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.26** of (*Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Amex**
**28 Liberty St.**
**New York, NY 10005**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (*Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Amex**
**28 Liberty St.**
**New York, NY 10005**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of (*Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Amex**
**28 Liberty St.**
**New York, NY 10005**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (*Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Amex**
**28 Liberty St.**
**New York, NY 10005**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.7** of (*Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Bank of Hope**
**c/o Shutts & Bowen LLP**
**Attn: Scott H. Silver, Esq.**
**4301 W. Boy Scout Blvd., Ste. 300**
**Tampa, FL 33607**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (*Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Bond Safeguard Insurance Co.**
**10002 Shelbyville Rd., Ste. 100**
**Louisville, KY 40223**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.25** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Bridge House LIC, LLC**
**53-01 11st, 3rd Fl.**
**Long Island City, NY 11101**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.13** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Capital One**
**1680 Capital One Dr.**
**Mc Lean, VA 22102**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.15** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Capital One, N.A.**
**c/o Rubin & Rothman, LLC**
**Attn: Brian F. Hogencamp, Esq.**
**1787 Veterans Hwy., Ste. 32**
**Islandia, NY 11749**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.16** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Capital One, N.A.**
**1680 Capital One Dr.**
**Mc Lean, VA 22102**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.16** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Constrafor, Inc.**
**66 Hudson Blvd. E. 24th Fl.**
**New York, NY 10001**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.20** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Cooper Electric Supply, LLC**
**c/o Todd & Levi, LLP**
**Attn: Jill Levi, Esq.**
**444 Madison Ave., Ste. 1202**
**New York, NY 10022**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.21** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Endurance American Insurance Co.**
**4 Manhattanville Rd.**
**Purchase, NY 10577**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.25** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**G&G Electric Supply Co.**
**1100 Flushing Ave.**
**Brooklyn, NY 11237**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.30** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Horseshoe RE LLC**
**c/o Venable, LLP**
**Attn: Omarley L. Spence, Esq.**
**801 Brickell Ave., Ste. 1500**
**Miami, FL 33131**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.32** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

Debtor 1 **Antony M. Gironta** Case number (if known)

**Indian Harbor Insurance Company**
**2100 Manshester Rd., Ste. 1730**
**Wheaton, IL 60187**
Line **4.33** of (*Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

---

Name and Address
**LEAF Commercial Capital, Inc.**
**PO Box 5066**
**Hartford, CT 06102**
On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.36** of (*Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

---

Name and Address
**LendingClub Bank**
**One Harbor St., Ste. 201**
**Boston, MA 02210**
On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.46** of (*Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

---

Name and Address
**Lexon Insurance Co.**
**10002 Shelbyville Rd., Ste. 100**
**Louisville, KY 40223**
On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.25** of (*Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

---

Name and Address
**Libertas Funding, LLC**
**c/o Bennett Tueller Johnson & Deere**
**Attn: Joshua L. Lee, Esq.**
**3165 East Millrock Dr., Ste. 500**
**Salt Lake City, UT 84121-5027**
On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.38** of (*Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

---

Name and Address
**Libertas Funding, LLC**
**1200 N. Federal Hwy.**
**Boca Raton, FL 33432**
On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.38** of (*Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

---

Name and Address
**Mimish Inc.**
**127 Main St.**
**Delhi, NY 13753**
On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.40** of (*Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

---

Name and Address
**Sheraden Lighting & Electrical**
**42-07 19th Ave.**
**Astoria, NY 11105**
On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.47** of (*Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

---

Name and Address
**Steiner Building NYC, LLC**
**15 Washington Ave.**
**Brooklyn, NY 11205**
On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.49** of (*Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

---

Name and Address
**Stubo Inc.**
**835 Creamery Rd.**
**Mongaup Valley, NY 12762**
On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.50** of (*Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

---

Name and Address
**Superb Capital, LLC**
**3754 Lavista Rd., Ste. 250**
**Tucker, GA 30084**
On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.52** of (*Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

---

Name and Address
On which entry in Part 1 or Part 2 did you list the original creditor?

Debtor 1 **Antony M. Gironta** Case number (if known)

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **U.S. Small Business Administration**<br>**Office of Disaster Assistance**<br>**14925 Kingsport Rd.**<br>**Fort Worth, TX 76155** | Line **4.55** of (*Check one):*<br>Last 4 digits of account number **9103** | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **U.S. Small Business Administration**<br>**Attn: Bankruptcy Department**<br>**409 3rd St. SW**<br>**Washington, DC 20416** | Line **4.55** of (*Check one):*<br>Last 4 digits of account number **0091** | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Unibank for Savings**<br>**c/o Robert Allen Law**<br>**Attn: Nicholas J. Zeber, Esq.**<br>**1441 Brickell Ave., Ste. 1400**<br>**Miami, FL 33131** | Line **4.56** of (*Check one):*<br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **United Rentals (N.A.), Inc.**<br>**100 First Stamford Pl.**<br>**Stamford, CT 06902** | Line **4.57** of (*Check one):*<br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Verizon Wireless**<br>**1095 Avenue of the Americas**<br>**New York, NY 10036** | Line **4.58** of (*Check one):*<br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Wells Fargo Equipment Finance, Inc.**<br>**600 South 4th St.**<br>**Minneapolis, MN 55415** | Line **4.59** of (*Check one):*<br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

## Part 4: Add the Amounts for Each Type of Unsecured Claim

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 147,795,582.44 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 147,795,582.44 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Antony M. Gironta** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | Name<br>Number Street<br>City State ZIP Code | |
| 2.2 | Name<br>Number Street<br>City State ZIP Code | |
| 2.3 | Name<br>Number Street<br>City State ZIP Code | |
| 2.4 | Name<br>Number Street<br>City State ZIP Code | |
| 2.5 | Name<br>Number Street<br>City State ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1 **Antony M. Gironta**
First Name Middle Name Last Name

Debtor 2
(Spouse if, filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number
(if known)

☐ Check if this is an amended filing

# Official Form 106H
# Schedule H: Your Codebtors

**12/15**

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **AGIR Electrical Ltd.**<br>**130-45 91st Ave.**<br>**Richmond Hill, NY 11418** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.40**<br>☐ Schedule G _____<br>**Mimish Inc.** |
| 3.2 | **AGIR Electrical Ltd.**<br>**130-45 91st Ave.**<br>**Richmond Hill, NY 11418** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.31**<br>☐ Schedule G _____<br>**Great Midwest Insurance Co.** |
| 3.3 | **AGIR Electrical Ltd.**<br>**130-45 91st Ave.**<br>**Richmond Hill, NY 11418** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.52**<br>☐ Schedule G _____<br>**Superb Capital, LLC** |

Debtor 1 **Antony M. Gironta** Case number *(if known)*

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.4 | **AGIR Electrical Ltd.**<br>**1304-5 91st Ave.**<br>**Richmond Hill, NY 11418** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.30**<br>☐ Schedule G _____<br>**G&G Electric Supply Co., Inc.** |
| 3.5 | **AGIR Electrical Ltd.**<br>**130-45 91st Ave.**<br>**Richmond Hill, NY 11418** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.50**<br>☐ Schedule G _____<br>**Stubo Inc.** |
| 3.6 | **AGIR Electrical Ltd.**<br>**130-45 91st Ave.**<br>**Richmond Hill, NY 11418** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.57**<br>☐ Schedule G _____<br>**United Rentals (N.A.), Inc.** |
| 3.7 | **AGIR Electrical Ltd.**<br>**130-45 91st Ave.**<br>**Richmond Hill, NY 11418** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.38**<br>☐ Schedule G _____<br>**Libertas Funding, LLC** |
| 3.8 | **AGIR Electrical Ltd.**<br>**130-45 91st Ave.**<br>**Richmond Hill, NY 11418** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.24**<br>☐ Schedule G _____<br>**Dexlon Charles** |
| 3.9 | **AGIR Electrical Ltd.**<br>**130-45 91st Ave.**<br>**Richmond Hill, NY 11418** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.21**<br>☐ Schedule G _____<br>**Cooper Electric Supply, LLC** |
| 3.10 | **Ferro Di Cavallo LLC**<br>**1309 Coffeen Ave., Ste. 1200**<br>**Sheridan, WY 82801** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.32**<br>☐ Schedule G _____<br>**Horseshoe RE LLC** |
| 3.11 | **Montana Datacom, Inc.**<br>**1723 State Route 17A, Building 2**<br>**Florida, NY 10921** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.49**<br>☐ Schedule G _____<br>**Steiner Building NYC, LLC** |

Debtor 1 **Antony M. Gironta** Case number *(if known)*

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.12 | **Pinnacle Too LLC**<br>**130-45 91st Ave.**<br>**Richmond Hill, NY 11418** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.24**<br>☐ Schedule G _____<br>**Dexlon Charles** |
| 3.13 | **WECC Utilities Inc.**<br>**1180 SW 10th St., Ste. 201**<br>**Delray Beach, FL 33444** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.52**<br>☐ Schedule G _____<br>**Superb Capital, LLC** |
| 3.14 | **WECC Utilities Inc.**<br>**1180 SW 10th St., Ste. 201**<br>**Delray Beach, FL 33444** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.38**<br>☐ Schedule G _____<br>**Libertas Funding, LLC** |

**Fill in this information to identify your case:**

Debtor 1 **Antony M. Gironta**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>■ Not employed | ☐ Employed<br>■ Not employed |
| **Occupation** | | |
| **Employer's name** | | |
| **Employer's address** | | |
| **How long employed there?** | | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1 **Antony M. Gironta** Case number (*if known*)

| | | | For Debtor 1 | | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 0.00 | | $ 0.00 |
| 5. | **List all payroll deductions:** | | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 | + | $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | | $ 0.00 |
| 8. | **List all other income regularly received:** | | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | $ 0.00 | | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | | $ 0.00 |
| 8h. | **Other monthly income.** Specify: **trust distributions** | 8h.+ | $ 50,000.00 | + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 50,000.00 | | $ 0.00 |

10. **Calculate monthly income.** Add line 7 + line 9. 10. $ **50,000.00** + $ **0.00** = $ **50,000.00**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: 11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies 12. $ **50,000.00**
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain:

Fill in this information to identify your case:

Debtor 1 **Antony M. Gironta**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**

■ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**

☐ No
☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No

Do not list Debtor 1 and Debtor 2. ■ Yes. Fill out this information for each dependent.............

Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **6** | ☐ No ■ Yes |
| **Daughter** | **7** | ☐ No ■ Yes |
| **Son** | **9** | ☐ No ■ Yes |
| **Son** | **13** | ☐ No ■ Yes |
| **Wife** | **48** | ☐ No ■ Yes |
| **Mother-In-Law** | **65** | ☐ No ■ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

■ No
☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | **23,897.75** |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. $ | **0.00** |
| 4b. Property, homeowner's, or renter's insurance | 4b. $ | **0.00** |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. $ | **2,500.00** |

Debtor 1 **Antony M. Gironta** Case number (if known)

| | | | |
|---|---|---|---|
| 4d. | Homeowner's association or condominium dues | 4d. $ | **0.00** |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | **0.00** |

Debtor 1 **Antony M. Gironta** Case number (if known)

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ **1,750.00** |
| | 6b. Water, sewer, garbage collection | 6b. | $ **300.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ **625.00** |
| | 6d. Other. Specify: | 6d. | $ **0.00** |
| 7. | **Food and housekeeping supplies** | 7. | $ **3,800.00** |
| 8. | **Childcare and children's education costs** | 8. | $ **12,000.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ **750.00** |
| 10. | **Personal care products and services** | 10. | $ **500.00** |
| 11. | **Medical and dental expenses** | 11. | $ **750.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ **0.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ **1,500.00** |
| 14. | **Charitable contributions and religious donations** | 14. | $ **50.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $ **500.00** |
| | 15b. Health insurance | 15b. | $ **0.00** |
| | 15c. Vehicle insurance | 15c. | $ **750.00** |
| | 15d. Other insurance. Specify: | 15d. | $ **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ **0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ **749.22** |
| | 17b. Car payments for Vehicle 2 | 17b. | $ **0.00** |
| | 17c. Other. Specify: | 17c. | $ **0.00** |
| | 17d. Other. Specify: | 17d. | $ **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: **monthly expenses for Debtor's mother** | 19. | $ **1,000.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a. Mortgages on other property | 20a. | $ **0.00** |
| | 20b. Real estate taxes | 20b. | $ **0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ **0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ **0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. | $ **0.00** |
| 21. | **Other:** Specify: | 21. | +$ **0.00** |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | | $ **51,421.97** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ **51,421.97** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ **50,000.00** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ **51,421.97** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. | $ **-1,421.97** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes. Explain here:

**Fill in this information to identify your case:**

Debtor 1 **Antony M. Gironta**
First Name Middle Name Last Name

Debtor 2
(Spouse if, filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person ______ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X ***/s/ Antony M. Gironta***
**Antony M. Gironta**
Signature of Debtor 1

Date **October 7, 2026**

X ______
Signature of Debtor 2

Date ______

**Fill in this information to identify your case:**

Debtor 1: **Antony M. Gironta** (First Name / Middle Name / Last Name)

Debtor 2 (Spouse if, filing): (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known): 

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

**12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

- **creditors have claims secured by your property, or**
- **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Santander Consumer USA**<br>Description of property securing debt: **2025 RAM 1500 crew cab pickup truck** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Creditor's name: **Select Portfolio Servicing, Inc.**<br>Description of property securing debt: **16389 Bridlewood Cir. Delray Beach, FL 33445** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: **Debtor will continue making monthly mortgage payments** | ☐ No<br>■ Yes |

## Part 2: List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

Debtor 1 **Antony M. Gironta** Case number (*if known*)

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

## Part 3: Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

**X** ***/s/* Antony M. Gironta**
**Antony M. Gironta**
Signature of Debtor 1

Date **October 7, 2026**

**X** ______________________
Signature of Debtor 2

Date ______________________

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

**Chapter 7: Liquidation**

| | | |
|---|---|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $571 | administrative fee |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Chapter 12: Repayment plan for family farmers or fishermen**

| | | |
|---|---|---|
| | $200 | filing fee |
| + | $78 | administrative fee |
| | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

**Chapter 13: Repayment plan for individuals with regular income**

| | | |
|---|---|---|
| | $235 | filing fee |
| + | $78 | administrative fee |
| | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to: http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days ***before*** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
## Southern District of Florida

In re **Antony M. Gironta** Debtor(s)

Case No.
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **October 7, 2026**

***/s/* Antony M. Gironta**
**Antony M. Gironta**
Signature of Debtor

Aerotek, Inc.
7301 Parkway Dr. S.
Hanover, MD 21076

AFCO Credit Corp.
c/o Womble Bond Dickinson (US) LLP
Attn: Joel L. Perrell Jr., Esq.
100 Light St., 26th Floor
Baltimore, MD 21202

AFCO Credit Corp.
150 North Field Dr., Ste. 190
Lake Forest, IL 60045

AGIR Electrical Ltd.
130-45 91st Ave.
Richmond Hill, NY 11418

AGIR Electrical Ltd.
1304-5 91st Ave.
Richmond Hill, NY 11418

Allianz Trade
One Penn Plaza, Ste. 3325
New York, NY 10019

Ally Financial, Inc
Attn: Bankruptcy
PO Box 380901
Bloomington, IL 55438

Amex
Correspondence/Bankruptcy
PO Box 981535
El Paso, TX 79998

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998

Amex
28 Liberty St.
New York, NY 10005

ARS
20 Heritage Pl. S.
Nesconset, NY 11767

Bank of Hope
3200 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90010

Bank of Hope
c/o Shutts & Bowen LLP
Attn: Scott H. Silver, Esq.
4301 W. Boy Scout Blvd., Ste. 300
Tampa, FL 33607

BeharBehar
490 Sawgrass Corporate Pkwy., Ste. 300
Fort Lauderdale, FL 33325

Benfield Control Systems Inc.
25 Lafayette Ave.
White Plains, NY 10603

Benfield Electric Supply Co. Inc.
240 Washington St.
Mount Vernon, NY 10553

Bond Safeguard Insurance Co.
10002 Shelbyville Rd., Ste. 100
Louisville, KY 40223

Bridge House LIC, LLC
c/o Cornicello Tendler
Attn: Jessica L. Lalehzar, Esq.
29 Broadway, 25th Floor
New York, NY 10006

Bridge House LIC, LLC
53-01 11st, 3rd Fl.
Long Island City, NY 11101

C&M General Contracting, Inc.
1011 6th Ave., 3rd Fl.
New York, NY 10018

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130

Capital One
1680 Capital One Dr.
Mc Lean, VA 22102

Capital One, N.A.
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130

Capital One, N.A.
c/o Rubin & Rothman, LLC
Attn: Brian F. Hogencamp, Esq.
1787 Veterans Hwy., Ste. 32
Islandia, NY 11749

Capital One, N.A.
1680 Capital One Dr.
Mc Lean, VA 22102

Carrington Mortgage Services
Attn: Bankruptcy
1600 South Douglass Rd., Stes. 110 & 200
Anaheim, CA 92806

Chase Card Services
Attn: Bankruptcy
PO Box 15299
Wilmington, DE 19850

Chrysler Capital
Attn: Bankruptcy Dept.
PO Box 961278
Fort Worth, TX 76161-1278

Colony Hardware
269 S. Lambert Rd.
Orange, CT 06477

Constrafor, Inc.
30 Wall St.
New York, NY 10005

Constrafor, Inc.
66 Hudson Blvd. E. 24th Fl.
New York, NY 10001

Cooper Electric Supply, LLC
315 Cranbury Half Acre Rd.
Cranbury, NJ 08512

Cooper Electric Supply, LLC
c/o Todd & Levi, LLP
Attn: Jill Levi, Esq.
444 Madison Ave., Ste. 1202
New York, NY 10022

Crewforce, LLC
307 7th Ave., Ste. 1403
New York, NY 10001

De Lage Landen
1111 Old Eagle School Rd.
Wayne, PA 19087

Dexlon Charles
c/o Lee Litigation Group, PLLC
Attn: C.K. Lee, Esq.
148 West 24th St., 8th Fl.
New York, NY 10011

Endurance American Insurance Co.
4 Manhattanville Rd.
Purchase, NY 10577

Endurance Assurance Corp.
4 Manhattanville Rd.
Purchase, NY 10577

Euler Hermes North American Ins. Co.
One Penn Plaza, Ste. 3325
New York, NY 10119

Ferro Di Cavallo LLC
1309 Coffeen Ave., Ste. 1200
Sheridan, WY 82801

First Choice Office Cleaning
60-12 62nd Ave.
Maspeth, NY 11378

Flagstar Bank
100 Duffy Ave.
Hicksville, NY 11801

Ford Motor Credit Co.
c/o Rubin & Rothman, LLC
1787 Veterans Hwy., Ste. 32
Islandia, NY 11749

G&G Electric Supply Co.
1100 Flushing Ave.
Brooklyn, NY 11237

G&G Electric Supply Co., Inc.
c/o Law Firm of Elias C. Schwartz, PLLC
Attn: Nicholas Tantone, Esq.
343 Great Neck Rd.
Great Neck, NY 11021

Great Midwest Insurance Co.
c/o Skyward Specialty Insurance Group
Attn: Leonard Geraci, Esq.
800 Gessner Rd., Ste. 600
Houston, TX 77025

Horseshoe RE LLC
195 W. Pine Ave.
Longwood, FL 32750

Horseshoe RE LLC
c/o Venable, LLP
Attn: Omarley L. Spence, Esq.
801 Brickell Ave., Ste. 1500
Miami, FL 33131

Indian Harbor Insurance Co.
White Parhas LLC
Attn: Dimitrios A. Parhas, Esq.
2100 Manchester Rd., Ste. 1730
Wheaton, IL 60187

Indian Harbor Insurance Company
2100 Manshester Rd., Ste. 1730
Wheaton, IL 60187

Isuzu Finance
7865 Solutton Center
Chicago, IL 60677

Kubota USA
1000 Kubota Dr.
Grapevine, TX 76051

LEAF Commercial Capital, Inc.
2005 Market St.
Philadelphia, PA 19103

LEAF Commercial Capital, Inc.
PO Box 5066
Hartford, CT 06102

Leeding Builders Group LLC
2 Park Ave., Ste. 1502
New York, NY 10016

LendingClub Bank
One Harbor St., Ste. 201
Boston, MA 02210

Lexon Insurance Co.
10002 Shelbyville Rd., Ste. 100
Louisville, KY 40223

Libertas Funding, LLC
411 W. Putnam Ave., Ste. 220
Greenwich, CT 06830

Libertas Funding, LLC
c/o Bennett Tueller Johnson & Deere
Attn: Joshua L. Lee, Esq.
3165 East Millrock Dr., Ste. 500
Salt Lake City, UT 84121-5027

Libertas Funding, LLC
1200 N. Federal Hwy.
Boca Raton, FL 33432

Louis Shiffman Electric
542 Wortman Ave.
Brooklyn, NY 11208

Mimish Inc.
c/o Law Office of Alexander Paykin, P.C.
Attn: Lorenzo Rovini, Esq.
99 Tulip Ave., Ste. 408
Floral Park, NY 11011

Mimish Inc.
127 Main St.
Delhi, NY 13753

Montana Datacom Inc.
9-03 44th Rd., Ste. 203
Long Island City, NY 11101

Montana Datacom, Inc.
1723 State Route 17A, Building 2
Florida, NY 10921

Natural Wireless
1412 Broadway, 21st Fl.
New York, NY 10018

Oracle
2800 S. Price Rd.
Chandler, AZ 85286

PEAC Solutions
300 Fellowship Rd.
Mount Laurel, NJ 08054

Pinnacle Too LLC
130-45 91st Ave.
Richmond Hill, NY 11418

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Blvd.
Norfolk, VA 23502

Radius Bank
One Harbor St., Ste. 201
Boston, MA 02210

Santander Consumer USA
Attn: Bankruptcy
PO Box 961211
Fort Worth, TX 76161

Select Portfolio Servicing, Inc.
Attn: Bankruptcy
PO Box 65250
Salt Lake City, UT 84165

Sheraden Lighting & Electrical
15 Storer Ave., Unit B
Staten Island, NY 10309

Sheraden Lighting & Electrical
42-07 19th Ave.
Astoria, NY 11105

Star & Son Electrical Supply Co, Inc.
719 Hempstead Tpke.
Franklin Square, NY 11010

Steiner Building NYC, LLC
c/o Guazzo & Guazzo
Attn: Delia M. Guazzo, Esq.
750 Third Ave., 16th Floor
New York, NY 10017

Steiner Building NYC, LLC
15 Washington Ave.
Brooklyn, NY 11205

Stubo Inc.
c/o Sitaris & Asscoiates, PLLC
Attn: Almerinda Centore-Sitaris, Esq.
200 Liberty St., 27th Fl.
New York, NY 10281

Stubo Inc.
835 Creamery Rd.
Mongaup Valley, NY 12762

Sunbelt Rentals
2341 Deerfield Dr.
Fort Mill, SC 29715

Superb Capital, LLC
c/o The Faskowitz Law Firm PLLC
Attn: Avi Faskowitz, Esq.
6143 186th St.
Fresh Meadows, NY 11365

Superb Capital, LLC
3754 Lavista Rd., Ste. 250
Tucker, GA 30084

TF Cornerstone
387 Park Ave. S., 7th Fl.
New York, NY 10016

The Home Depot, Inc.
2455 Paces Ferry Rd. SE
Atlanta, GA 30339

U.S. Small Business Administration
Processing & Disbursement Ctr.
14925 Kingsport Rd.
Fort Worth, TX 76155

U.S. Small Business Administration
Office of Disaster Assistance
14925 Kingsport Rd.
Fort Worth, TX 76155

U.S. Small Business Administration
Attn: Bankruptcy Department
409 3rd St. SW
Washington, DC 20416

Unibank for Savings
49 Church St.
Whitinsville, MA 01588

Unibank for Savings
c/o Robert Allen Law
Attn: Nicholas J. Zeber, Esq.
1441 Brickell Ave., Ste. 1400
Miami, FL 33131

United Rentals (N.A.), Inc.
c/o Cohen & Cohen Law
Attn: Jaazaniah Ashahguii, Esq.
540 E. 180th St., Ste. 203
Bronx, NY 10457

United Rentals (N.A.), Inc.
100 First Stamford Pl.
Stamford, CT 06902

Verizon Wireless
Attn: Bankruptcy
PO Box 3397
Bloomington, IL 61702

Verizon Wireless
1095 Avenue of the Americas
New York, NY 10036

WECC Utilities Inc.
1180 SW 10th St., Ste. 201
Delray Beach, FL 33444

Wells Fargo Bank
801 Walnut St.
Des Moines, IA 50309

Wells Fargo Equipment Finance, Inc.
600 South 4th St.
Minneapolis, MN 55415